1

2

3

4

5

6

7

8                     United States District Court

9                     Eastern District of California

10

11

12  Robert Benyamini,

13          Petitioner,              No. Civ. S 05-0924 DFL PAN P

14      vs.                          Order

15  Teresa Schultz,

16          Respondent.

17                              -oOo-

18      Petitioner, a state prisoner proceeding without counsel,

19  seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

20      Petitioner challenges a conviction in the Stanislaus County

21  Superior Court and, therefore, this action should have been

22  commenced in the district court in Fresno.  Local Rule 3-120(d).

23      Pursuant to Local Rule 3-120(f), this action is transferred

24  to the district court in Fresno.

25      The new case number is 1:05-CV-00604 REC LJO HC.  In the

26  future all papers shall bear this number and shall be filed at:

1

United States District Court
Eastern District of California
1130 "O" Street
Fresno, CA 93721

2

3

4    So ordered.

5    Dated:   May 26, 2005.

6

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2